**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
13TH FLOOR FEDERAL BUILDING - SUITE 1350N
1301 CLAY STREET
OAKLAND, CA 94612

**JODI LINKER**
*Federal Public Defender*
**ELISSE LAROUCHE**
*Assistant Federal Public Defender*

Telephone:  (510) 637-3500
Cellular Telephone:  (415) 517-4879
Email:  elisse_larouche@fd.org

August 30, 2024

The Honorable Donna M. Ryu
United States Magistrate Judge
1301 Clay Street
Oakland, CA 94612
Attn: Courtroom Deputy Ivy Garcia

***US v. Kory Kingsley*, 4:24-cr-00366-YGR (DMR)**
**Request to calendar matter for Thursday, September 5, 2024, for bail review**

Your Honor:

I am writing to ask that the above-referenced matter be added to the Court's calendar for Thursday, September 5, at 10:30 a.m. so that the defense can address the court regarding the status of bail. On July 9, 2024, your Honor found that Mr. Kinglsey could be released to the halfway house on lockdown. At that time, no spot in the halfway house was available, so no release order was issued. The defense was instructed to file a proposed release order once she was informed by pretrial services that space was available. It has now been almost two months and Mr. Kingsley remains in custody because no space is available. Defense counsel would like to request that the court consider release to a residential drug treatment program, such as Centerpoint or New Bridge given the delay in halfway house availability. In the pretrial bail report, pretrial noted Mr. Kingsley's substance abuse history and the need for treatment. Defense counsel has conferred with pretrial and Mr. Kingsley may be next in line for the halfway house, but defense counsel does not know what the timing is. Defense counsel has also conferred with the government who indicated that he or another attorney could be available whatever date the court might set a bail review hearing.

Thank you.

Sincerely,

JODI LINKER
Federal Public Defender
Northern District of California

/S/

ELISSE LAROUCHE
Assistant Federal Public Defender

cc:   Dan Karmel, AUSA and Ana Mendoza, US Pretrial