**FILED**

Sep 05 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 24–00366 YGR |
| Plaintiff, | **RELEASE ORDER (AS MODIFIED)** |
| v. | |
| KORY KINGSLEY, | |
| Defendant. | |

On September 5, 2024, Chief Magistrate Judge Ryu held a bail review hearing in the case of United States v. Kory Kingsley. The Court had previously ordered Mr. Kingsley's release to a halfway house on July 9, 2024, but Mr. Kingsley has been in custody at Santa Rita Jail awaiting availability at the halfway house. At the bail review hearing and upon the defense's request for release to a residential treatment program, pretrial indicated that were Mr. Kingsley to be released, he could be interviewed and do an intake for placement at New Bridge residential treatment program on Friday, September 6, 2024. Accordingly, the Court:

ORDERS that Mr. Kingsley be released from Santa Rita Jail and U.S. Marshals' custody on Friday, September 6, 2024, by 8:00 a.m.

ORDERS that Mr. Kingsley conduct the intake steps for New Bridge and report directly to New Bridge by 3:00 p.m. on Friday, September 6, 2024.

IT IS SO ORDERED AS MODIFIED.

September 5, 2024
Dated

DONNA M. RYU
United States Chief Magistrate Judge

RELEASE ORDER
*KINGSLEY*, CR 24–00366 DMR