1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   ELISSE LAROUCHE
3  Assistant Federal Public Defenders
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone:   (510) 637-3500
   Facsimile:   (510) 637-3507
6  Email:       Elisse_Larouche@fd.org

7

8  Counsel for Defendant Kingsley

9

10                 IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                         OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,          **Case No.:** CR 24–366 YGR [DMR]

15              Plaintiff,             **JOINT STATUS MEM. AND
                                       [PROPOSED] ORDER**
16         v.
                                       **Court:**         Courtroom 4, 3rd Floor
17  KORY KINGSLEY,                     **Hearing Date:**  November 12, 2024
                                       **Hearing Time:**  10:30 a.m.
18              Defendant.

19

20       In response to the defense's Motion for Order Setting Date for Discovery Disclosure and a

21  subsequent joint proposed discovery order, Chief Magistrate Judge Ryu ordered that the parties file a

22  joint status report by November 7, 2024. (Dkt. 27). In the joint discovery disclosure order from

23  September 20, 2024, the government agreed to produce all K9 and K9 handler-related discovery by

24  October 11, 2024. (*Id*.). The government agreed to produce all other agreed-upon discovery by

25  November 7, 2024. (*Id*.)

26       To date, the status of discovery is as follows:

27       • The government has produced significant discovery related to the K9 and K9 handler.

28         The government is still working to obtain training manual materials. If it is able to

JOINT STATUS MEM. AND [PROPOSED] ORDER
*KINGSLEY*, CR 24–366 YGR [DMR]

1

1    obtain that discovery, the government anticipates producing it by November 28, 2024.

2    The government has not produced materials related to deposition or other court

3    documents related to the K9 team.

4    • The government had not yet produced the remaining agreed-upon discovery between

5    the parties, but anticipates doing so by November 28, 2024.

6    Although, the government has not yet produced all discovery according to the agreed-upon

7    dates in the discovery order, defense counsel has conferred with government counsel and believes the

8    anticipated dates of further production are reasonable. Accordingly, the parties do not need a

9    discovery hearing at this time and would request the discovery hearing on November 12, 2024, be

10    continued until December 17, 2024.

11

12

13

14    IT IS SO STIPULATED.

15

16    Dated:    November 7, 2024

17    JODI LINKER
Federal Public Defender

18    Northern District of California

19    _____/S_____

20    ELISSE LAROUCHE
Assistant Federal Public Defender

21

22    Dated:    November 7, 2024

23    ISMAIL J. RAMSEY
United States Attorney

24    Northern District of California

25    _____/S_____

26    DAN KARMEL
Assistant United States Attorney

27

28

JOINT STATUS MEM. AND [PROPOSED] ORDER
*KINGSLEY*, CR 24–366 YGR [DMR]

2

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>KORY KINGSLEY,<br><br>       Defendant. | **Case No.:** CR 24–366 YGR [DMR]<br><br>**JOINT STATUS MEM. AND [PROPOSED] ORDER** |

7
8
9
10
11
12
13
14
15
16

Based upon the parties' joint status memorandum, the discovery motion hearing set for November 12, 2024, shall be continued until December 17, 2024, or as soon thereafter as Chief Magistrate Judge Ryu is available to address any outstanding discovery matters. Should the hearing no longer be needed, the parties shall advise the court.

17
18
19
20

      IT IS SO ORDERED.

21
22

Dated:

                                 HON. DONNA M. RYU
                                 United States Chief Magistrate Judge

23
24
25
26
27
28