UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>KORY KINGSLEY,<br><br>        Defendant. | Case No.24-cr-00366-YGR-1<br><br>**CLERK'S NOTICE** |

    You are hereby notified that Status Conference is advanced to January 23, 2025, at 8:30 a.m. in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers.

Dated: December 16, 2024

                                                          Mark B. Busby
                                                          Clerk, United States District Court

                                                          By: _____
                                                          Edwin Angelo A. Cuenco, Deputy Clerk to the
                                                          Honorable YVONNE GONZALEZ ROGERS
                                                          5106373540