UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

**Date:** January 23, 2025        **Time:** 6 Minutes        **Judge:** YVONNE GONZALEZ ROGERS
**Case No.:** 24-cr-00366-YGR        **Case Name:** UNITED STATES v. Kory Kingsley

**Attorney for Plaintiff:** Jillian Harvey for Maya Karwande
**Attorney for Defendant:** Elisse Larouche
**Defendant:** Beatriz Ayala-Pena [ X ] Present  [  ] Not Present
**Defendant's Custodial Status:** [  ] In Custody  [ X ] Not in Custody

**Deputy Clerk:** Edwin Angelo A. Cuenco        **Reported by:** Stephen Franklin; via Zoom

PROCEEDINGS

Status Conference – Held.

Parties are working on discovery matters, addressing jail call issues, and working on the defendant getting assessed for CAP.

**CASE CONTINUED TO: March 6, 2025, at 11:00 a.m. for Status Conference. Time is excluded from January 23, 2025 to March 6, 2025 for effective preparation of counsel.**