1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  MAYA KARWANDE (CABN 295554)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        Maya.Karwande@usdoj.gov
8
   Attorneys for United States of America

9
10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
                          SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,            )   CASE NO. CR 4:24–366 YGR
                                         )
14            Plaintiff,                 )   STIPULATION FOR CONTINUANCE AND
                                         )   MOTION SCHEDULE; [~~PROPOSED~~] ORDER
15       v.                              )
                                         )
16  KORY KINGSLEY,                       )
                                         )
17            Defendant.                 )
                                         )
18

19       On March 5, 2025, the Court set a schedule for the Defendant's motion to suppress. ECF 39.

20  Pursuant to the schedule, counsel for Mr. Kingsley filed a motion to suppress on April 8, 2025. Since the

21  motion was filed the parties have continued discussions regarding potential resolution of the case. In

22  light of these discussions, the parties stipulate and request to continue the schedule on the motion to

23  suppress. The parties propose the following continuance:

24       • Government response: June 3, 2025

25       • Defense reply: June 18, 2025

26       • Hearing on motion to suppress: June 26, 2025

27       The Court previously set a preliminary hearing on the motion for May 1, 2025. ECF 39. The

28  parties do not request a preliminary hearing, but if a preliminary hearing or status on the motion would

Stip/ ~~Proposed~~ Order                        1
CR 4:24–366 YGR

1  assist the Court, the parties respectfully request a special setting the week of June 9th or June 16th. The
2  parties are both unavailable on June 12, 2025.
3     Accordingly, the parties STIPULATE and agree that this matter should be CONTINUED until
4  the motion to suppress hearing date. The parties STIPULATE and agree that excluding time until that
5  date is appropriate due to delay resulting from a pretrial motion and is warranted for the effective
6  preparation of counsel. *See* 18 U.S.C. § 3161(h)(1)(C), (h)(7)(B)(iv). The parties further stipulate and
7  agree that the ends of justice served by excluding the time from May 29, 2025, through June 26, 2025,
8  from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant
9  in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

11  DATED:  April 25, 2025                                    Respectfully submitted,

                                                              PATRICK D. ROBBINS
                                                              Acting United States Attorney

                                                               /s/
                                                              MAYA KARWANDE
                                                              Assistant United States Attorney

18  DATED:  April 25, 2025                                    Respectfully submitted,

                                                              JODI LINKER
                                                              Federal Public Defender

                                                               /s/
                                                              ELISSE LAROUCHE
                                                              Assistant Federal Public Defender

Stip/ ~~Proposed~~ Order                          2
CR 4:24–366 YGR

[~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from May 29, 2025 through June 26, 2025 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Delay is also warranted based on delay resulting from a pretrial motion. *See* 18 U.S.C. § 3161(h)(1)(C). The Court further finds that the ends of justice served by excluding the time from May 29, 2025 through June 26, 2025 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, it is hereby

ORDERED that the time from May 29, 2025 through June 26, 2025 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

ORDERED that this matter be continued to June 26, 2025 at **2:00 PM** for a HEARING ON MOTION TO SUPPRESS.

ORDERED that the parties will follow the schedule below for the motion to suppress.

- Government response: June 3, 2025
- Defense reply: June 18, 2025
- Hearing on motion to suppress: June 26, 2025

Dated: April __28__, 2025

HON. YVONNE GONZALEZ ROGERS
United States District Judge