| | |
|---|---|
| 1 | JODI LINKER |
| | Federal Public Defender |
| 2 | Northern District of California |
| | ELISSE LAROUCHE |
| 3 | Assistant Federal Public Defender |
| | 13th Floor Federal Building - Suite 1350N |
| 4 | 1301 Clay Street |
| | Oakland, CA 94612 |
| 5 | Telephone: (510) 637-3500 |
| | Facsimile: (510) 637-3507 |
| 6 | Email: Elisse_Larouche@fd.org |

Counsel for Defendant Kingsley

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 24–366 YGR (DMR) |
| Plaintiff, | **UNOPPOSED MOTION AND [PROPOSED] ORDER FOR TRAVEL** |
| v. | |
| KORY KINGSLEY, | |
| Defendant. | |

Mr. Kory Kingsley has been on bail since September 2024 with no pretrial violations. He graduated from the New Bridge program and resides at their SLE housing. Mr. Kingsley is requesting permission to go to Manteca for a trip with his family June 2 – June 4, 2025. U.S. Pretrial Services officer Sarai Canales has no objection to the travel and notes that Mr. Kingsley has been very compliant on supervision. Assistant United States Attorney Maya Karwande defers to pretrial and has no objection. Accordingly, the parties stipulate to Mr. Kingsley's out-of-district travel on June 2 – June 4.

IT IS SO STIPULATED.

Dated:     May 16, 2025

JODI LINKER
Federal Public Defender
Northern District of California

           /S
ELISSE LAROUCHE
Assistant Federal Public Defender

Dated:     May 16, 2025

PATRICK D. ROBBINS
Acting United States Attorney
Northern District of California

           /S
MAYA KARWANDE
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KORY KINGSLEY,<br><br>　　　　Defendant. | **Case No.:** CR 24–366 YGR (DMR)<br><br>**[PROPOSED] ORDER FOR TRAVEL**<br><br>**Court:**　　Courtroom 1, 4th Floor |

　　　Based on the defense's unopposed motion and pretrial's agreement, the Court orders that Mr. Kingsley is allowed to travel out-of-district to Manteca on June 2 – June 4, 2025.

　　　　　　IT IS SO ORDERED.


Dated: _____

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

[PROPOSED] ORDER FOR TRAVEL
*KINGSLEY*, CR 24–366 YGR (DMR)

1