JODI LINKER
Federal Public Defender
Northern District of California
ELISSE LAROUCHE
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:  (510) 637-3500
Facsimile:  (510) 637-3507
Email:  Elisse_Larouche@fd.org

Counsel for Defendant Kingsley

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KORY KINGSLEY,<br><br>Defendant. | Case No.: CR 24–366 YGR (DMR)<br><br>**UNOPPOSED MOTION AND ORDER FOR TRAVEL** |

Mr. Kory Kingsley has been on bail since September 2024 with no pretrial violations. He graduated from the New Bridge program and resides at their SLE housing. Mr. Kingsley is requesting permission to go to Manteca for a trip with his family June 2 – June 4, 2025. U.S. Pretrial Services officer Sarai Canales has no objection to the travel and notes that Mr. Kingsley has been very compliant on supervision. Assistant United States Attorney Maya Karwande defers to pretrial and has no objection. Accordingly, the parties stipulate to Mr. Kingsley's out-of-district travel on June 2 – June 4.

|  |  |
|---|---|
|  | IT IS SO STIPULATED. |
| Dated:   May 16, 2025 |  |
|  | JODI LINKER<br>Federal Public Defender<br>Northern District of California |
|  | _____/S_____<br>ELISSE LAROUCHE<br>Assistant Federal Public Defender |
| Dated:   May 16, 2025 |  |
|  | PATRICK D. ROBBINS<br>Acting United States Attorney<br>Northern District of California |
|  | _____/S_____<br>MAYA KARWANDE<br>Assistant United States Attorney |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 24–366 YGR (DMR) |
|---|---|
| Plaintiff, | **ORDER FOR TRAVEL** |
| v. | Court:     Courtroom 1, 4th Floor |
| KORY KINGSLEY, | |
| Defendant. | |

Based on the defense's unopposed motion and pretrial's agreement, the Court orders that Mr. Kingsley is allowed to travel out-of-district to Manteca on June 2 – June 4, 2025.

IT IS SO ORDERED.

Dated:     5/19/2025



_____
DONNA M. RYU
Chief Magistrate Judge