UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

           Plaintiff,

  vs.

KORY KINGSLEY

           Defendant(s).

Case Number: CR 24-00366 YGR

PROTECTIVE ORDER RE: SUBPOENAED PERSONNEL OR COMPLAINT RECORDS RECEIVED FROM LAW ENFORCEMENT AGENCY UNDER FED. R. CRIM. P. 17(c) & N.D. CAL. CRIM. L. R. 17-2(e)

Law enforcement personnel and/or complaint records (hereafter, "records") were subpoenaed from state or local agencies and returned to:

☐ the Court      ☑ the requesting party

and are hereby delivered to:

☐ both parties.

☐ the requesting party, who must produce a copy to the Government or make the records available for inspection and duplication.

☑ the Government by the requesting party, either by a copy of the records or, if no copy is attached, by this notice that the records are available for inspection and duplication.

Use of the records in this case shall be governed by General Order No. 69: *Process for Subpoenaing and Using Personnel and Complaint Records of State Law Enforcement Officers Testifying in Federal Court.* The parties may not use the records in any court proceeding or otherwise disclose any portion of the records or their contents without a court order. At the conclusion of the case, including the final disposition of an appeal of any conviction, the parties shall return the records to the court or the producing agency.

☐   The producing party asks that the assigned district judge file this protective order in the public record.

☑  The producing party sent the records directly to the requesting party, who now submits this order to the assigned district judge for filing in the public record.

IT IS SO ORDERED.

Dated:  June 2, 2025

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE