**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
13TH FLOOR FEDERAL BUILDING - SUITE 1350N
1301 CLAY STREET
OAKLAND, CA 94612

**JODI LINKER**
*Federal Public Defender*
**ELISSE LAROUCHE**
*Assistant Federal Public Defender*

Telephone: (510) 637-3500
Cellular Telephone: (415) 830-7519
Email: elisse_larouche@fd.org

July 8, 2025

The Honorable Donna M. Ryu
United States Magistrate Judge
1301 Clay Street
Oakland, CA 94612
Attn: Courtroom Deputy Ivy Garcia

*US v. Kory Kingsley*, **4:24-cr-00366-YGR (DMR)**
**Request to calendar matter for Thursday, July 17, 2025, for request to modify bail conditions**

Your Honor:

    I am writing to ask that the above-referenced matter be added to the Court's calendar for Thursday, July 17, at 10:30 a.m. so that the defense can address the court regarding a request to modify bail conditions. The defense is requesting that bail conditions be modified in two ways: 1) to allow Mr. Kingsley to travel to the Eastern District of California where his children now reside with their mother; and 2) to allow Mr. Kingsley to live with his father in Martinez, California. Pretrial has no objection to these modifications. The government objects to these proposed modifications and, as to travel to the Eastern District, requests a visitation schedule rather than a blanket approval of travel to that district. Mr. Kingsley has been on pretrial release since September 6, 2024, without a Form 8 Pretrial Violation. He graduated from New Bridge and has been living in New Bridge's SLE housing.

    Defense counsel has conferred with the government and pretrial and they are available on July 17.

    Thank you.

Sincerely,

JODI LINKER
Federal Public Defender
Northern District of California

/S/

ELISSE LAROUCHE
Assistant Federal Public Defender

cc:    Maya Karwande, AUSA and Sarai Canales, US Pretrial