1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   ELISSE LAROUCHE
3  Assistant Federal Public Defender
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone:  (510) 637-3500
6  Facsimile:  (510) 637-3507
   Email:      Elisse_Larouche@fd.org

Counsel for Defendant Kingsley

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 24–366 YGR (DMR) |
|---|---|
| Plaintiff, | **UNOPPOSED MOTION AND ORDER TO MODIFY RELEASE CONDITIONS AND TRAVEL** |
| v. | |
| KORY KINGSLEY, | |
| Defendant. | |

    Mr. Kory Kingsley has been on bail since September 2024 with no pretrial violations. On July 17, 2025, the Court permitted Mr. Kingsley to travel to the Eastern District of California on Tuesdays and weekends to visit with his children who now reside there. Mr. Kingsley requests permission to travel to the Eastern District of California on September 29, 2025, to attend an award ceremony for his daughter at her school.

    U.S. Pretrial Services officer Sarai Canales has no objection to the travel. Assistant United States Attorney Maya Karwande has no objection. Accordingly, the defense files this unopposed motion to permit Mr. Kingsley's travel to the Eastern District on September 29, 2025.

UNOPPOSED MOTION AND ORDER FOR TRAVEL
*KINGSLEY*, CR 24–366 YGR (DMR)

IT IS SO STIPULATED.

Dated:    September 23, 2025

JODI LINKER
Federal Public Defender
Northern District of California

                    /S
ELISSE LAROUCHE
Assistant Federal Public Defender

Dated:    September 23, 2025

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

                    /S
MAYA KARWANDE
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KORY KINGSLEY,<br><br>Defendant. | Case No.: CR 24–366 YGR (DMR)<br><br>**ORDER TO MODIFY RELEASE CONDITIONS AND TRAVEL** |

Based on the defense's unopposed motion and pretrial's agreement, the Court orders that Mr. Kingsley's is permitted to travel to the Eastern District of California on September 29, 2025.

IT IS SO ORDERED.



Dated:  September 23, 2025

HON. DONNA M. RYU
Chief Magistrate Judge