UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** December 11, 2025    **Time:** 1 Hour 6 Minutes    **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 24-cr-366-YGR    **Case Name:** UNITED STATES v. Kory Kingsley

**Attorney for Plaintiff:** Noah Stern for Maya Karwande
**Attorney for Defendant:** Elisse Larouche
**Defendant:** Kory Kingsley [ X ] Present    [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [ X ] Not in Custody
**Probation:** Brian Casai

**Deputy Clerk:** Edwin Angelo A. Cuenco    **Reported by:** Andrea Bluedorn; via Zoom

### PROCEEDINGS

Sentencing - Held.

The defendant addressed the Court. The defendant has completed his program at New Bridge. Sentencing recommendations are argued and submitted. Messrs. Malcolm Jones and Sean Abeyta addressed the Court in support of the defendant, and Mr. Anthony Bass' letter of support was read on the record.

The defendant is committed to the custody of the Bureau of Prisons for a term of 60 months as to Count One of the Information. Four years supervised release with standard and special conditions as stated on the record. The defendant must not own, possess, or have access to firearms, ammunition, destructive devices, or dangerous weapons. The defendant must not have any contact with members of the Coco Boys Gang. The defendant shall pay a $100.00 mandatory special assessment. The Court orders the fine waived.

The Court orders the forfeiture of the following to the United States: $3,140.00 in cash seized from the defendant's Chevrolet pick-up truck on May 25, 2022; and the SCCY firearm (Serial Number 293111) and all ammunition seized from the defendant's residence on May 25, 2022.

The Court Grants the Government's oral motion to dismiss Counts One and Two of the Indictment.

The Court will recommend to the Bureau of Prisons to designate the defendant to a minimum security facility that will allow him to continue his substance abuse disorder councilor's certification program by means of U.S. Postal Service. To the extent that the BOP is not able to accommodate the Court's recommendation, they are ordered to notify the Court in writing as to the rationale of why the recommendation is not being met.

The defendant is ordered to self-surrender to the facility if designated, otherwise to the U.S. Marshal on March 13, 2026, at 12:00 p.m.